Dale M. Cendali
Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com

*Attorneys for Petitioner Take-Two Interactive Software, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re DMCA Subpoena to Discord, Inc. | Case No. 1:26-mc-422<br>ECF Case |

**PETITIONER TAKE-TWO INTERACTIVE SOFTWARE, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") states that Take-Two has no parent corporation. BlackRock, Inc. is a publicly held entity which, with its wholly-owned subsidiaries, may beneficially own 10% or more of the outstanding common stock of Take-Two. No other publicly held corporation owns ten percent or more of Take-Two's stock.

Dated: New York, New York
August 20, 2026

KIRKLAND & ELLIS LLP

*/s/ Dale M. Cendali*
Dale M. Cendali
Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue

New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com

*Attorneys for Petitioner*
*Take-Two Interactive Software, Inc.*