# EXHIBIT 1

**From:** EBRAND / Enforce <enforce@ebrand.com>
**Sent:** Thursday, August 20, 2026 11:43 AM
**To:** copyright@discordapp.com
**Subject:** Copyright infringement - unauthorized leaked Grand Theft Auto VI gameplay footage (Take-Two Interactive)
**Attachments:** Take-Two Interactive Software, Inc. Copyright Declaration.pdf; Letter of Authorization Take-Two EBRAND.pdf; Screenshot 2026-08-20 102849.png

Our Client, Take-Two Interactive Software, Inc., is the owner of the copyright in the Grand Theft Auto (GTA) video game series, including Grand Theft Auto VI and all related game assets, visual style, characters, environments, gameplay footage, user interface elements, and other creative content.

The reported post contains unauthorized, leaked gameplay footage from the unreleased game Grand Theft Auto VI. This material reproduces our Client's copyrighted, unreleased game assets and was published and distributed without any authorization from the copyright holder. The content is presented as genuine leaked Grand Theft Auto VI gameplay from Take-Two Interactive Software, Inc., and its distribution constitutes unauthorized reproduction and public disclosure of our Client's copyrighted work.

This unauthorized reproduction and distribution of our Client's copyrighted material constitutes copyright infringement. We request that this content be removed in its entirety.

Infringing messages:
https://discord.com/channels/1480360488876638313/1539557090505523241/1539645476977246378
https://discord.com/channels/1480360488876638313/1539557090505523241/1539652099804242000

We further request that you remove not only the specific content identified above but also any and all identical or substantially similar copies, reuploads, and mirrors of this leaked Grand Theft Auto VI material across the platform, as they infringe our Client's copyright in the same manner. We ask that you take reasonable measures to prevent the same infringing material from being re-uploaded.

I have a good faith belief that use of the material in the manner complained of above is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner.

**Joanna Lisiecka**
**Data Engineer**

EBRAND

**EBRAND Sp. z o.o.**
Lipowa 19/21 Lok. 3
15-424 Białystok – POLAND

**Email:** jlisiecka@ebrand.com
**Website:** https://ebrand.com/

This email and any attachments are intended solely for the use of the individual or entity to whom it is addressed. It may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately by reply email and delete this message and its attachments from your system. Any unauthorized review, use, disclosure, or distribution is prohibited. The views and opinions expressed in this email are those of the sender and do not necessarily reflect the official policy or position of the company.

**From:** EBRAND / Enforce <enforce@ebrand.com>
**Sent:** Thursday, August 20, 2026 11:57 AM
**To:** Copyright
**Subject:** Copyright infringement - unauthorized leaked Grand Theft Auto VI gameplay footage (Take-Two Interactive)
**Attachments:** Take-Two Interactive Software, Inc. Copyright Declaration.pdf; Letter of Authorization Take-Two EBRAND.pdf

Our Client, Take-Two Interactive Software, Inc., is the owner of the copyright in the Grand Theft Auto (GTA) video game series, including Grand Theft Auto VI and all related game assets, visual style, characters, environments, gameplay footage, user interface elements, and other creative content.

The reported post contains unauthorized, leaked gameplay footage from the unreleased game Grand Theft Auto VI. This material reproduces our Client's copyrighted, unreleased game assets and was published and distributed without any authorization from the copyright holder. The content is presented as genuine leaked Grand Theft Auto VI gameplay from Take-Two Interactive Software, Inc., and its distribution constitutes unauthorized reproduction and public disclosure of our Client's copyrighted work.

This unauthorized reproduction and distribution of our Client's copyrighted material constitutes copyright infringement. We request that this content be removed in its entirety.

Infringing messages:
https://discord.com/channels/1519015791528382664/1539642709298642974/1539642940907856014
https://discord.com/channels/1519015791528382664/1539642709298642974/1539680468574802052
https://discord.com/channels/1519015791528382664/1539642709298642974/1539935145740472361

We further request that you remove not only the specific content identified above but also any and all identical or substantially similar copies, reuploads, and mirrors of this leaked Grand Theft Auto VI material across the platform, as they infringe our Client's copyright in the same manner. We ask that you take reasonable measures to prevent the same infringing material from being re-uploaded.

I have a good faith belief that use of the material in the manner complained of above is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner.

**Joanna Lisiecka**
**Data Engineer**

**EBRAND Sp. z o.o.**
Lipowa 19/21 Lok. 3
15-424 Białystok – POLAND

**Email:** jlisiecka@ebrand.com
**Website:** https://ebrand.com/

This email and any attachments are intended solely for the use of the individual or entity to whom it is addressed. It may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately by reply email and delete this message and its attachments from your system. Any unauthorized review, use, disclosure, or distribution is prohibited. The views and opinions expressed in this email are those of the sender and do not necessarily reflect the official policy or position of the company.

---

**From:** EBRAND / Enforce <enforce@ebrand.com>
**Sent:** Thursday, August 20, 2026 12:38 PM
**To:** copyright@discordapp.com
**Subject:** Copyright infringement - unauthorized leaked Grand Theft Auto VI gameplay footage (Take-Two Interactive)
**Attachments:** Letter of Authorization Take-Two EBRAND.pdf; Take-Two Interactive Software, Inc. Copyright Declaration.pdf; Screenshot 2026-08-20 122023.png; Screenshot 2026-08-20 122035.png; Screenshot 2026-08-20 122012.png

Our Client, Take-Two Interactive Software, Inc., is the owner of the copyright in the Grand Theft Auto (GTA) video game series, including Grand Theft Auto VI and all related game assets, visual style, characters, environments, gameplay footage, user interface elements, and other creative content.

The reported post contains unauthorized, leaked gameplay footage from the unreleased game Grand Theft Auto VI. This material reproduces our Client's copyrighted, unreleased game assets and was published and distributed without any authorization from the copyright holder. The content is presented as genuine leaked Grand Theft Auto VI gameplay from Take-Two Interactive Software, Inc., and its distribution constitutes unauthorized reproduction and public disclosure of our Client's copyrighted work.

This unauthorized reproduction and distribution of our Client's copyrighted material constitutes copyright infringement. We request that this content be removed in its entirety.

Infringing messages:
https://discord.com/channels/1539341696352129114/1539343961091739749/1539344490823942196
https://discord.com/channels/1539341696352129114/1539343961091739749/1539345117100515399
https://discord.com/channels/1539341696352129114/1539343961091739749/1539345125073879162
https://discord.com/channels/1539341696352129114/1539343961091739749/1539630458852216915
https://discord.com/channels/1539341696352129114/1539343961091739749/1539632277640843354
https://discord.com/channels/1539341696352129114/1539343961091739749/1539682377167798372
https://discord.com/channels/1539341696352129114/1539343961091739749/1539936035931299912

We further request that you remove not only the specific content identified above but also any and all identical or substantially similar copies, reuploads, and mirrors of this leaked Grand Theft Auto VI material across the platform, as they infringe our Client's copyright in the same manner. We ask that you take reasonable measures to prevent the same infringing material from being re-uploaded.

I have a good faith belief that use of the material in the manner complained of above is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner.

**Joanna Lisiecka**
**Data Engineer**

**EBRAND Sp. z o.o.**
Lipowa 19/21 Lok. 3
15-424 Białystok – POLAND

**Email:** jlisiecka@ebrand.com
**Website:** https://ebrand.com/
This email and any attachments are intended solely for the use of the individual or entity to whom it is addressed. It may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately by reply email and delete this message and its attachments from your system. Any unauthorized review, use, disclosure, or distribution is prohibited. The views and opinions expressed in this email are those of the sender and do not necessarily reflect the official policy or position of the company.

---

**From:** EBRAND / Enforce <enforce@ebrand.com>
**Sent:** Thursday, August 20, 2026 1:14 PM
**To:** copyright@discordapp.com
**Subject:** Copyright infringement - unauthorized leaked Grand Theft Auto VI gameplay footage (Take-Two Interactive)
**Attachments:** Letter of Authorization Take-Two EBRAND.pdf; Take-Two Interactive Software, Inc. Copyright Declaration.pdf; Screenshot 2026-08-20 124629.png; Screenshot 2026-08-20 124640.png; Screenshot 2026-08-20 124652.png; Screenshot 2026-08-20 124703.png

Our Client, Take-Two Interactive Software, Inc., is the owner of the copyright in the Grand Theft Auto (GTA) video game series, including Grand Theft Auto VI and all related game assets, visual style, characters, environments, gameplay footage, user interface elements, and other creative content.

The reported post contains unauthorized, leaked gameplay footage from the unreleased game Grand Theft Auto VI. This material reproduces our Client's copyrighted, unreleased game assets and was published and distributed without any authorization from the copyright holder. The content is presented as genuine leaked Grand Theft Auto VI gameplay from Take-Two Interactive Software, Inc., and its distribution constitutes unauthorized reproduction and public disclosure of our Client's copyrighted work.

This unauthorized reproduction and distribution of our Client's copyrighted material constitutes copyright infringement. We request that this content be removed in its entirety.

Infringing messages:
https://discord.com/channels/818516082934546432/1504553562527764572/1539330728603558029
https://discord.com/channels/818516082934546432/1504553562527764572/1539336503484883035
https://discord.com/channels/818516082934546432/1504553562527764572/1539498396401016913
https://discord.com/channels/818516082934546432/1504553562527764572/1539706610123939911
https://discord.com/channels/818516082934546432/1504553562527764572/1539713545460260884
https://discord.com/channels/818516082934546432/1504553562527764572/1539717409655754823
https://discord.com/channels/818516082934546432/1504553562527764572/1539962250918371338
https://discord.com/channels/818516082934546432/1504553562527764572/1539963068367245393

We further request that you remove not only the specific content identified above but also any and all identical or substantially similar copies, reuploads, and mirrors of this leaked Grand Theft Auto VI material across the platform, as they infringe our Client's copyright in the same manner. We ask that you take reasonable measures to prevent the same infringing material from being re-uploaded.

I have a good faith belief that use of the material in the manner complained of above is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner.

**Joanna Lisiecka**
**Data Engineer**

**EBRAND Sp. z o.o.**
Lipowa 19/21 Lok. 3
15-424 Białystok – POLAND

**Email:** jlisiecka@ebrand.com
**Website:** https://ebrand.com/

This email and any attachments are intended solely for the use of the individual or entity to whom it is addressed. It may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately by reply email and delete this message and its attachments from your system. Any unauthorized review, use, disclosure, or distribution is prohibited. The views and opinions expressed in this email are those of the sender and do not necessarily reflect the official policy or position of the company.

**From:** EBRAND / Enforce <enforce@ebrand.com>
**Sent:** Thursday, August 20, 2026 3:21 PM
**To:** copyright@discordapp.com
**Subject:** Copyright infringement - unauthorized leaked Grand Theft Auto VI gameplay footage (Take-Two Interactive)
**Attachments:** Letter of Authorization Take-Two EBRAND.pdf; Take-Two Interactive Software, Inc. Copyright Declaration.pdf

Our Client, Take-Two Interactive Software, Inc., is the owner of the copyright in the Grand Theft Auto (GTA) video game series, including Grand Theft Auto VI and all related game assets, visual style, characters, environments, gameplay footage, user interface elements, and other creative content.

The reported post contains unauthorized, leaked gameplay footage from the unreleased game Grand Theft Auto VI. This material reproduces our Client's copyrighted, unreleased game assets and was published and distributed without any authorization from the copyright holder. The content is presented as genuine leaked Grand Theft Auto VI gameplay from Take-Two Interactive Software, Inc., and its distribution constitutes unauthorized reproduction and public disclosure of our Client's copyrighted work.

This unauthorized reproduction and distribution of our Client's copyrighted material constitutes copyright infringement. We request that this content be removed in its entirety.

Infringing messages:
https://discord.com/channels/1370558066667556904/1370781837835767889/1539441546087235685
https://discord.com/channels/1370558066667556904/1370781837835767889/1539441626664148992
https://discord.com/channels/1370558066667556904/1370781837835767889/1539441782469697681
https://discord.com/channels/1370558066667556904/1370781837835767889/1539441854091894825
https://discord.com/channels/1370558066667556904/1370781837835767889/1539441899205562510

We further request that you remove not only the specific content identified above but also any and all identical or substantially similar copies, reuploads, and mirrors of this leaked Grand Theft Auto VI material across the platform, as they infringe our Client's copyright in the same manner. We ask that you take reasonable measures to prevent the same infringing material from being re-uploaded.

I have a good faith belief that use of the material in the manner complained of above is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner.

**Joanna Lisiecka**
**Data Engineer**

**EBRAND Sp. z o.o.**
Lipowa 19/21 Lok. 3
15-424 Białystok – POLAND

**Email:** jlisiecka@ebrand.com
**Website:** https://ebrand.com/

This email and any attachments are intended solely for the use of the individual or entity to whom it is addressed. It may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately by reply email and delete this message and its attachments from your system. Any unauthorized review, use, disclosure, or distribution is prohibited. The views and opinions expressed in this email are those of the sender and do not necessarily reflect the official policy or position of the company.

| | |
|---|---|
| **From:** | EBRAND / Enforce <enforce@ebrand.com> |
| **Sent:** | Thursday, August 20, 2026 2:22 PM |
| **To:** | copyright@discordapp.com |
| **Subject:** | Copyright infringement - unauthorized leaked Grand Theft Auto VI gameplay footage (Take-Two Interactive) |
| **Attachments:** | Letter of Authorization Take-Two EBRAND.pdf; Take-Two Interactive Software, Inc. Copyright Declaration.pdf |

Our Client, Take-Two Interactive Software, Inc., is the owner of the copyright in the Grand Theft Auto (GTA) video game series, including Grand Theft Auto VI and all related game assets, visual style, characters, environments, gameplay footage, user interface elements, and other creative content.

The reported post contains unauthorized, leaked gameplay footage from the unreleased game Grand Theft Auto VI. This material reproduces our Client's copyrighted, unreleased game assets and was published and distributed without any authorization from the copyright holder. The content is presented as genuine leaked Grand Theft Auto VI gameplay from Take-Two Interactive Software, Inc., and its distribution constitutes unauthorized reproduction and public disclosure of our Client's copyrighted work.

This unauthorized reproduction and distribution of our Client's copyrighted material constitutes copyright infringement. We request that this content be removed in its entirety.

Infringing messages:
https://discord.com/channels/1519015791528382664/1539642709298642974/1539642873283350529
https://discord.com/channels/1519015791528382664/1539642709298642974/1539642940907856014
https://discord.com/channels/1519015791528382664/1539642709298642974/1539650118926737449
https://discord.com/channels/1519015791528382664/1539642709298642974/1539680468574802052
https://discord.com/channels/1519015791528382664/1539642709298642974/1539686331675049984
https://discord.com/channels/1519015791528382664/1539642709298642974/1539776072885739601
https://discord.com/channels/1519015791528382664/1539642709298642974/1539935145740472361
https://discord.com/channels/1519015791528382664/1539642709298642974/1539966128388833330

We further request that you remove not only the specific content identified above but also any and all identical or substantially similar copies, reuploads, and mirrors of this leaked Grand Theft Auto VI material across the platform, as they infringe our Client's copyright in the same manner. We ask that you take reasonable measures to prevent the same infringing material from being re-uploaded.

I have a good faith belief that use of the material in the manner complained of above is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner.

**Joanna Lisiecka**
**Data Engineer**

**EBRAND Sp. z o.o.**
Lipowa 19/21 Lok. 3
15-424 Białystok – POLAND

**Email:** jlisiecka@ebrand.com
**Website:** https://ebrand.com/

This email and any attachments are intended solely for the use of the individual or entity to whom it is addressed. It may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately by reply email and delete this message and its attachments from your system. Any unauthorized review, use, disclosure, or distribution is prohibited. The views and opinions expressed in this email are those of the sender and do not necessarily reflect the official policy or position of the company.

**From:** EBRAND / Enforce <enforce@ebrand.com>
**Sent:** Thursday, August 20, 2026 3:46 PM
**To:** copyright@discordapp.com
**Subject:** Copyright infringement - unauthorized leaked Grand Theft Auto VI gameplay footage (Take-Two Interactive)
**Attachments:** Letter of Authorization Take-Two EBRAND.pdf; Take-Two Interactive Software, Inc. Copyright Declaration.pdf; Screenshot 2026-08-20 153927.png; Screenshot 2026-08-20 153916.png; Screenshot 2026-08-20 153904.png; Screenshot 2026-08-20 153852.png; Screenshot 2026-08-20 153841.png; Screenshot 2026-08-20 153827.png; Screenshot 2026-08-20 153816.png

Our Client, Take-Two Interactive Software, Inc., is the owner of the copyright in the Grand Theft Auto (GTA) video game series, including Grand Theft Auto VI and all related game assets, visual style, characters, environments, gameplay footage, user interface elements, and other creative content.

The reported post contains unauthorized, leaked gameplay footage from the unreleased game Grand Theft Auto VI. This material reproduces our Client's copyrighted, unreleased game assets and was published and distributed without any authorization from the copyright holder. The content is presented as genuine leaked Grand Theft Auto VI gameplay from Take-Two Interactive Software, Inc., and its distribution constitutes unauthorized reproduction and public disclosure of our Client's copyrighted work.

This unauthorized reproduction and distribution of our Client's copyrighted material constitutes copyright infringement. We request that this content be removed in its entirety.

Infringing messages:
https://discord.com/channels/1527963738442043402/1528329278662377614/1539652049958867055
https://discord.com/channels/1527963738442043402/1528329278662377614/1539652692857716857
https://discord.com/channels/1527963738442043402/1528329278662377614/1539659387017363569
https://discord.com/channels/1527963738442043402/1528329278662377614/1539661890169610270
https://discord.com/channels/1527963738442043402/1528329278662377614/1539662612462174358
https://discord.com/channels/1527963738442043402/1528329278662377614/1539710358212579388
https://discord.com/channels/1527963738442043402/1528329278662377614/1539874855447433246
https://discord.com/channels/1527963738442043402/1528329278662377614/1539947079982649445
https://discord.com/channels/1527963738442043402/1528329278662377614/1540003480960237668
https://discord.com/channels/1527963738442043402/1528329278662377614/1539993648140386354

We further request that you remove not only the specific content identified above but also any and all identical or substantially similar copies, reuploads, and mirrors of this leaked Grand Theft Auto VI material across the platform, as they infringe our Client's copyright in the same manner. We ask that you take reasonable measures to prevent the same infringing material from being re-uploaded.

I have a good faith belief that use of the material in the manner complained of above is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed

Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner.

**Joanna Lisiecka**
**Data Engineer**

**EBRAND Sp. z o.o.**
Lipowa 19/21 Lok. 3
15-424 Białystok – POLAND

**Email:** jlisiecka@ebrand.com
**Website:** https://ebrand.com/

This email and any attachments are intended solely for the use of the individual or entity to whom it is addressed. It may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately by reply email and delete this message and its attachments from your system. Any unauthorized review, use, disclosure, or distribution is prohibited. The views and opinions expressed in this email are those of the sender and do not necessarily reflect the official policy or position of the company.