# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re DMCA Subpoena to Discord, Inc. | Case No. 1:26-mc-422<br>ECF Case |

**[PROPOSED] ORDER GRANTING**
**PETITIONER TAKE-TWO INTERACTIVE SOFTWARE, INC.'S**
**SUBPOENA TO DISCORD, INC.**

This matter comes before the Court upon the ex parte application of petitioner Take-Two Interactive Software, Inc. along with the Declaration of Dale Cendali and supporting documents for the signing of a Subpoena directing Discord, Inc. to produce the identity of entities or persons believed to be infringing on the copyright of Take-Two Interactive Software, Inc.

Having considered the Declaration and all documents submitted in support of the instant application, the Court finds good reason to issue an order directing the clerk to issue said subpoena and it is therefore:

ORDERED that the clerk of this Court shall issue the Subpoena for Discord, Inc. as sought by the petitioner.

Dated: ___________________

___________________________________
Hon. Andrew L. Carter, Jr.
UNITED STATES DISTRICT JUDGE