UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DMCA Subpoena to Discord, Inc. | Case No. 1:26-mc-422<br>ECF Case |

**DECLARATION OF DALE CENDALI IN SUPPORT OF PETITIONER TAKE-TWO INTERACTIVE SOFTWARE, INC.'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA TO DISCORD, INC.**

I, Dale M. Cendali, hereby declare as follows:

1. I am over eighteen (18) years old, and I am competent to attest to and have personal knowledge of the facts in this declaration.

2. I am a partner at Kirkland & Ellis LLP, counsel of record for Petitioner Take-Two Interactive Software, Inc. ("Take-Two"). I am a member in good standing to practice law in the state of New York.

3. I submit this declaration in support of Take-Two's request for issuance to Discord, Inc., of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA") 17 U.S.C. § 512(h) (hereinafter "DMCA Subpoena"), to identify the user or users responsible for posting Take-Two's copyrighted content online.

4. Take-Two has submitted notification pursuant to 17 U.S.C. § 512(c)(3)(A) to Discord, Inc., identifying the infringing content and providing the information required by 17 U.S.C. § 512 (c)(3)(A). A true and accurate copy of the submitted notification is attached hereto as **Exhibit 1**.

5. The purpose for which this DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Take-Two's rights under title 17 U.S.C. §§ 100, *et. seq*.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is are true and correct.

Dated: New York, New York
August 28, 2026

*/s/ Dale M. Cendali*
Dale M. Cendali

*Attorney for Petitioner*
*Take-Two Interactive Software, Inc.*